ACCEPTED
06-15-00099-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/10/2015 3:44:58 PM
DEBBIE AUTREY
CLERK

FILED IN
The Court of Appeals
Sixth District
September 10, 2015
Texarkana, Texas
Debra K. Autrey, Clerk

## NO. 06-15-00099-CR

## IN THE COURT OF APPEALS
## SIXTH APPELLATE DISTRICT OF TEXAS
## AT TEXARKANA

**JAMES FRIEND**                                                                 **Appellant**

**v.**

**STATE OF TEXAS**                                                                **Appellee**

### APPELLANT'S SECOND MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant, **JAMES FRIEND**, by and through counsel of record, Jason Horton, and for his Motion for Extension of Time to File Brief states as follows:

I.

Appellant's Brief is due on September 11, 2015.

II.

Appellant has sought and obtained one prior briefing extension in this case.

III.

Appellant requests additional time to (1) review the record for all possible points on appeal, and (2) prepare Appellant's brief. Appellant's counsel's trial and appellate caseload and schedule have prevented said attorney from being able to

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **1** of **6**

devote the necessary time to complete Appellant's brief.  Said caseload and schedule includes, but is not limited to, the following since the Court granted Appellant's first extension request:

■   Preparation for and attendance at Driver Control hearing in *Arkansas Department of Finance and Administration v. Jared Harper*, on August 14, 2015;

■   Preparation for and attendance at bond hearing in *State of Texas v. Nicholas Wood*, pending in the 202nd District Court of Bowie County, Texas on August 14, 2015;

■   Preparation for and attendance at evidentiary review conference at the Bowie County District Attorney's office relating to *State of Texas v. James Vowell*, pending in the 102nd District Court of Bowie County, Texas, on August 14, 2015;

■   Preparation for and attendance at initial appearance in *United States v. Narcizo Hernandez Valdovinos*, pending in the United States District for the Eastern District of Texas-Texarkana Division, on August 17, 2015;

■   Preparation for and attendance at Miller County criminal docket in the Circuit Court of Miller County, Arkansas, on August 24, 2015;

■   Preparation for and attendance at pre-indictment hearing in *State of Texas v. Lisa Phillips*, pending in the 5th District Court of Bowie County, Texas, on August 24, 2015;

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **2** of **6**

■ Preparation for and attendance at pretrial hearing in *State of Texas v. Devon Martin*, pending in the 5th District Court of Bowie County, Texas, on August 24, 2015;

■ Preparation for and attendance at parole revocation hearing in *State of Texas v. Charles Roger Pounds*, at the Powledge Unit in Palestine, Texas, from August 24-25, 2015;

■ Conduct legal research and draft Appellee's Brief in *Alicia Dawn Neumann v. Lloyd Draughon Smith*, pending in the Arkansas Court of Appeals, from August 25 – September 4, 2015;

■ Preparation for and attendance at revocation hearing in *State of Texas v. Nicholas Wood*, pending in the 202nd District Court of Bowie County, Texas on August 31, 2015;

■ Preparation for and attendance at Miller County criminal docket (full day) in the Circuit Court of Miller County, Arkansas, on September 1, 2015;

■ Preparation for and attendance at bond returnable hearing in *State of Arkansas v. Cheyenne Foster*, pending in the Circuit Court of Miller County, Arkansas, on September 1, 2015;

■ Preparation for and attendance at recall hearing in *State of Arkansas v. Christina Brannan*, pending in the Circuit Court of Miller County, Arkansas, on September 1, 2015;

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **3** of **6**

■ Preparation for and attendance at Miller County juvenile docket in the Circuit Court of Miller County, Arkansas, on September 2, 2015;

■ Preparation for and attendance at Lafayette County bond returnable docket in the Circuit Court of Lafayette County, Arkansas, on September 4, 2015;

■ Preparation for and attendance at presentence interview in El Dorado, Arkansas, in *United States v. Clarisse Carey*, pending in the United States District Court for the Western District of Arkansas, on September 8, 2015;

■ Preparation for and attendance at evidentiary review conference at the Little River County Deputy Prosecuting Attorney's office relating to *State of Arkansas v. Jason Southerland*, pending in the Circuit Court of Little River County, Arkansas, on September 9, 2015;

■ Preparation for and attendance at client consult at the Sevier County Jail in *State of Arkansas v. Doyle Whisenhunt*, pending in the Circuit Court of Sevier County, Arkansas, on September 9, 2015;

■ Preparation for and attendance at final settlement conference in *Morris v. Morris*, pending in the Circuit Court of Sevier County, Arkansas, on September 9, 2015; and

■ Preparation for and attendance at arraignment in *State of Texas v. Larry Foster*, pending in the 102nd District Court of Bowie County, Texas, on September 10, 2015.

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **4** of **6**

## IV.

This motion is made in good faith and not for purposes of delay.

## VI.

Without additional time, Appellant will be denied effective assistance of counsel on appeal, to which he is entitled.

**WHEREFORE,** Appellant requests that the deadline for the filing of his Brief be extended thirty (30) days, and for any such other relief to which he may be entitled.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas 75501
*Mail to:*
P.O. Box 1596
Texarkana, Texas 75504
T- (903) 792-2000
F- (903) 792-2100

BY: /s/ Jason Horton
Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **5** of **6**

## <u>CERTIFICATE OF SERVICE</u>

On this 10th day of September, 2015, I hereby certify that a true and correct copy of the foregoing instrument will be served on the Bowie County District Attorney's Office, according to the Texas Rules of Appellate Procedure and the rules of this Court.

/s/ Jason Horton
Jason Horton

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **6** of **6**